# EXHIBIT 3

OFFICE OF THE MEDICAL EXAMINER
WEST TENNESSEE REGIONAL FORENSIC CENTER

REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

Shelby County Medical Examiner: Karen E. Chancellor M.D.

Judicial District Number: 30

District Attorney: Honorable Amy Weirich

State Number: 14-79-0613

Case Number: MEC2014-0229

| 1. Name of Decedent | 2. Age | 3. Race | 4. Sex |
|---|---|---|---|
| Nelson Frazier | 43 Years | Black | Male |

**5. Address**
3820 Lakehurst Drive, Memphis, TN 38128

| 6. Date of Death | 7. Type of Death | 8. Investigating Agency/Complaint #: |
|---|---|---|
| 02/18/2014 7:50 PM | Apparent Natural/Unattended | Memphis Police Department, Complaint #: 1402009275ME |

**9. Place of Death**
Methodist North ER, Memphis, TN

**10. Narrative Summary**

Reportedly this 43 year-old black male, identified as Nelson Frazier, collapsed in his residence at approximately 1900 hours this date. Emergency services were summoned to the residence of 3820 Lakehurst Drive, with Memphis Fire Department Unit 15 responding and transporting the victim to Methodist North ER. After all life-saving efforts were exhausted, death was pronounced at 1950 hours by Dr. Baker. This office was notified of the death at 2110 hours by Officer Wilson (IBM#12413) who stated the death appeared natural, with no obvious signs of foul play or trauma. Officer Wilson further advised that the decedent suffered from diabetes mellitus and hypertension, but was not being treated by a primary care physician. Jurisdiction for the death was accepted by the Medical Examiner's Office. The decedent was transported to the West Tennessee Regional Forensic Center for further examination and final disposition to the funeral home.
Kenyetta L. Mizell, Investigator
2/18/2014

| 11. Jurisdiction Accepted | 12. Autopsy Ordered | 13. Toxicology Ordered |
|---|---|---|
| Yes | No | Yes |

**14. Physician Responsible for Death Certificate**
Marco A Ross, M.D.

| 15. Cremation Approved | 16. Funeral Home |
|---|---|
| Yes | Wilson Funeral Home (Osceola, AR) |

**17. Cause of Death**
Hypertensive cardiovascular disease

**18. Contributory Cause of Death**
Morbid obesity, diabetes mellitus

**19. Manner of Death**
Natural

CERTIFIED TO BE A TRUE AND EXACT COPY OF THE ORIGINAL
Office of the Shelby County Medical Examiner
Integrity of Original Document Compromised



# Certificate of Analysis

**Aegis Sciences Corporation**
365 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030
www.aegislabs.com

## Client Information
**Client:** Forensic Medical - Memphis
**Report To:** Dr. Karen Chancellor
Forensic Medical Memphis
637 Poplar Ave
Memphis, TN 38105

## Case / Sample Information
**Client Case ID:** 2014-0229
**Reason for Test:** Postmortem
**Specimen Type:** Femoral Blood

## Lab Information
**Specimen ID:** 4493251
**Workorder ID:** 37594
**Collected:** 02/19/2014 00:00
**Received:** 02/25/2014 13:12
**Completed:** 03/14/2014 11:33
**Reported:** 03/14/2014 11:34

## Test(s) Performed
70551 - Confirmation Cocaine Parent
71280B - Confirmation Diphenhydramine
40529B FM - Basic Profile - Blood
70531 - Confirmation Benzodiazepines
70561B - Confirmation Opiates
71071 - Confirm Blood Cannabinoids
70251 - Confirmation Volatiles

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| **Alcohol - Volatiles** | **POSITIVE** | | 10 mg/dL |
| Ethanol | **POSITIVE** | 29 mg/dL | 10 mg/dL |
| Methanol | NEGATIVE | | 10 mg/dL |
| Acetone | NEGATIVE | | 10 mg/dL |
| Isopropanol | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | 10 mcg/mL |
| Amphetamines | NONE DETECTED | | 100 ng/mL |
| Benzodiazepines | NONE DETECTED | | 100 ng/mL |
| Alprazolam | NONE DETECTED | | 25 ng/mL |
| Clonazepam | NONE DETECTED | | 25 ng/mL |
| Nordiazepam | NONE DETECTED | | 25 ng/mL |
| Diazepam | NONE DETECTED | | 25 ng/mL |
| Flurazepam | NONE DETECTED | | 25 ng/mL |
| Flunitrazepam | NONE DETECTED | | 25 ng/mL |
| Lorazepam | NONE DETECTED | | 25 ng/mL |
| Midazolam | NONE DETECTED | | 25 ng/mL |
| Oxazepam | NONE DETECTED | | 25 ng/mL |
| Temazepam | NONE DETECTED | | 25 ng/mL |
| Triazolam | NONE DETECTED | | 25 ng/mL |
| Chlordiazepoxide | NONE DETECTED | | 25 ng/mL |
| Nitrazepam | NONE DETECTED | | 25 ng/mL |
| Prazepam | NONE DETECTED | | 25 ng/mL |
| **Cannabinoids (Marijuana)** | **POSITIVE** | | 4 ng/mL |
| Carboxy-THC | **POSITIVE** | 13 ng/mL | 5 ng/mL |
| THC | **POSITIVE** | 3 ng/mL | 1 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 100 ng/mL |
| Ecgonine Methyl Ester | NONE DETECTED | | 100 ng/mL |
| Cocaine | NONE DETECTED | | 10 ng/mL |
| Cocaethylene | NONE DETECTED | | 10 ng/mL |
| Benzoylecgonine | NONE DETECTED | | 100 ng/mL |
| Diphenhydramine | NONE DETECTED | | 50 ng/mL |
| Diphenhydramine | NONE DETECTED | | 50 ng/mL |
| Methadone | NONE DETECTED | | 100 ng/mL |
| **Opiates** | **POSITIVE** | | 50 ng/mL |
| **Dihydrocodeine-Free** | **POSITIVE** | 9 ng/mL | 5 ng/mL |
| **Hydrocodone-Free** | **POSITIVE** | 25 ng/mL | 5 ng/mL |
| **Norhydrocodone-Free** | **POSITIVE** | 19 ng/mL | 5 ng/mL |
| Codeine-Free | NONE DETECTED | | 5 ng/mL |
| Hydromorphone-Free | NONE DETECTED | | 5 ng/mL |
| Morphine-Free | NONE DETECTED | | 5 ng/mL |
| Oxycodone-Free | NONE DETECTED | | 5 ng/mL |
| Oxymorphone-Free | NONE DETECTED | | 5 ng/mL |
| Norcodeine-Free | NONE DETECTED | | 5 ng/mL |
| Noroxycodone-Free | NONE DETECTED | | 5 ng/mL |
| Salicylates | NONE DETECTED | | 50 mcg/mL |

CERTIFIED TO BE A TRUE AND EXACT COPY OF THE ORIGINAL

RECEIVED MAR 18 2014 BY: _____

Office of the Shelby County Medical Examiner
Integrity of Original Document Compromised

- Electronic Signature represented by plain text name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES is accredited by the American Society of Crime Laboratory Directors – Laboratory Accreditation Board (ASCLD Lab #377, Cert #: ALI-292-T)
Aegis Sciences Corporation
An ASCLD/LAB-International Accredited Laboratory Since September 7, 2013

Page 1 of 2





## Certificate of Analysis

Aegis Sciences Corporation
365 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030
www.aegislabs.com

### Client Information
**Client:** Forensic Medical - Memphis
**Report To:** Dr. Karen Chancellor
Forensic Medical Memphis
637 Poplar Ave
Memphis, TN 38105

### Case / Sample Information
**Client Case ID:** 2014-0229
**Reason for Test:** Postmortem
**Specimen Type:** Femoral Blood

### Lab Information
**Specimen ID:** 4493251
**Workorder ID:** 37594
**Collected:** 02/19/2014 00:00
**Received:** 02/25/2014 13:12
**Completed:** 03/14/2014 11:33
**Reported:** 03/14/2014 11:34

### Sample Comments

Ethanol: 29 ± 1 mg/dL, k=2

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

\* **Examiner:** Missy Mathis, M.S.

**Date:** 3/14/2014



\* - Electronic Signature represented by plain textual name and date of when individual applied Electronic Signature Certification in Aegis LIMS.
Aegis CRIMES® is accredited by the American Society of Crime Laboratory Directors – Laboratory Accreditation Board (ASCLD Lab #377, Cert #: ALI-292-T)
© Aegis Sciences Corporation
An ASCLD/LAB-*International* Accredited Laboratory Since September 7, 2013