# EXHIBIT 5



NXT TAKEOVER    SEND NEWS    CONTACT    SUBSCRIBE

# Big Daddy V's Wife On How WWE Has Treated Her, Jim Ross Note, Mick Foley Show Tonight, PCW

By Raj Giri | May 13, 2014 | 57



- Cassandra Frazier, the wife of the late Nelson "Big Daddy V" Frazier Jr., noted on her Facebook page that WWE has been taking care of her following her husband's untimely passing. She wrote:

"Facebook, how do I start ! Wwe has taken care of me , I'm in tears ' they did the right thing and has made sure I have and wll get everything I need , I want say an amount but I'm super well taken care of, I was blessed and I feel very stupid for what I had said about their company! Feeling happier than ive ever been in my entire life, except for when I met Nelson ! I think I'm gonna start watching wwe again lol , I've been very blessed! I love all my Facebook friends at least for today! Lol ! Much love and wwe yes they rock , much love!!!"